# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANA DUNN and EMMA DUNN,<br><br>    Plaintiffs,<br><br>  v.<br><br>DEPARTMENT OF CONSUMER AFFAIR, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:25-cv-00777-SKO<br><br>ORDER REQUIRING PLAINTIFFS ALANA DUNN <u>AND</u> EMMA DUNN TO SUBMIT APPLICATIONS TO PROCEED IN FORMA PAUPERIS OR PAY ONE FILING FEE WITHIN 21 DAYS<br><br>ORDER DIRECTING CLERK OF COURT TO FORWARD <u>TWO</u> IN FORMA PAUPERIS APPLICATIONS<br><br>**TWENTY-ONE DAY DEADLINE** |

Plaintiffs Alana Dunn and Emma Dunn are each proceeding pro se in an action filed on June 26, 2025. (Doc. 1.) Plaintiffs have not paid the $405.00 filing fee, nor have they submitted applications to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

To proceed in this action, Plaintiffs must EITHER (1) pay one $405.00 filing fee, or (2) **both** Plaintiffs may submit applications to proceed *in forma pauperis*. *See Darden v. Indymac Bancorp, Inc.*, No. S-09-2970 JAM DAD PS, 2009 WL 5206637, at *1 (E.D. Cal. Dec. 23, 2009) ("Where there are multiple plaintiffs in a single action, the plaintiffs may not proceed *in forma pauperis* unless ***all of them*** demonstrate inability to pay the filing fee") (emphasis added); *see also Anderson v. California*, No. 10 CV 2216 MMA (AJB), 2010 WL 4316996, at *1 (S.D. Cal Oct. 27, 2010) ("[A]lthough only one filing fee needs to be paid per case, if multiple plaintiffs seek to proceed *in forma pauperis*, ***each plaintiff*** must qualify for IFP status") (emphasis added).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is DIRECTED to forward **two** *in forma pauperis* applications;

2. Within twenty-one (21) days of the date of service of this order, Plaintiffs shall either (1) pay one $405.00 filing fee for this action; or (2) Plaintiffs Alana Dunn and Emma Dunn shall each submit one of the attached applications to proceed *in forma pauperis*, completed and signed;

3. No requests for extensions will be granted without a showing of good cause; and

4. Failure to comply with this order will result in recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: **June 30, 2025**               /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE